AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ALBINO TEPEHUA-XIQUE

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-M- 7226

FILED
JUL 29 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 28, 2005__ in __Champaign__ county, in the __Central__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

an alien who, pursuant to law, had previously been deported and removed from the United States on May 12, 2000, at Laredo, Texas, subsequent to a conviction for commission of an aggravated felony, to-wit aggravated criminal sexual abuse of a person under 13 years of age in Case No. 99-CF-1363, in the Circuit Court for the Sixth Judicial Circuit, Champaign County, Illinois, was found in the United States without having obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to return,

in violation of Title __8__ United States Code, Section(s) __1326(a) and 1326(b)(2)__.

I further state that I am a(n) __Special Agent, INS__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/William A. Hutton
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-29-2005 at Urbana, Illinois
Date                                     City and State

David G. Bernthal
United States Magistrate Judge          s/David G. Bernthal
Name & Title of Judicial Officer         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF CHAMPAIGN | ) |

## AFFIDAVIT

I, William A. Hutton, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003. I was previously employed with the U.S. Immigration and Naturalization Service for approximately nineteen (19) years. I am currently assigned to the Springfield, Illinois office.

2. In my duties, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities, which constitute the illegal reentry of aliens who have been previously deported.

3. This affidavit is made in support of a criminal complaint against Albino TEPEHUA-Xique.

4. On April 12, 2004, the Champaign, Illinois Police Department advised the Springfield, Illinois ICE office that TEPEHUA, a previously deported aggravated felon and unregistered sex offender, was residing in Champaign, Illinois.

5. On July 22, 2004, Special Agent Brian Withers of the Springfield, Illinois ICE office conducted criminal history record checks which, disclosed that TEPEHUA was assigned FBI number 258159NB5.

6. On August 11, 2004, Agent Withers attempted to locate TEPEHUA. Agent Withers was unable locate TEPEHUA at his last known address located at 106 East Healey, Apartment 1, Champaign, Illinois and his last known place of employment, El Charro grocery store, located at 55 East Green Street, Champaign, Illinois.

7. On January 18, 2005, Agent Withers spoke with Detective Mary Bunyard of the Champaign, Illinois Police Department. Detective Bunyard provided Agent Withers with a

Champaign Police Department report that relates to their investigation of a sexual assault that had occurred on March 13, 2004. This report discloses that on March 19, 2004, Detective Bunyard and Champaign Police Officer Brandon Thomas interviewed TEPEHUA at the Champaign, Illinois Police Department, as TEPEHUA was a suspect in this case. Detective Bunyard advised Agent Withers that she has not had contact with TEPEHUA since this interview and that the department has determined that TEPEHUA was not involved in this March 13, 2004 assault.

8. On April 8, 2005, I received the alien registration file (A77 651 821) of TEPEHUA. This file indicates that TEPEHUA is a native and citizen of Mexico, born in Puebla, Mexico on March 1, 1982. The file contains a Warrant of Deportation reflecting the deportation of TEPEHUA from the United States to Mexico at Laredo, Texas on May 12, 2000. The warrant contains the signature, photograph, and fingerprint impression of TEPEHUA. The file contains no record of TEPEHUA requesting or receiving permission from the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission to the United States since his last deportation. The file further contains evidence that TEPEHUA was convicted for the offense of aggravated criminal sexual abuse of a person under 13 years of age, in Champaign County, Illinois on April 17, 2000.

9. On July 28, 2005, Adam Walter, a Task Force Officer (TFO) with the United States Marshals Service (USMS), and I attempted to locate TEPEHUA in Champaign, Illinois. I spoke to an employee at El Charro grocery store who informed me that TEPEHUA no longer works at the store and that he is currently employed at La Bamba's Restaurant in Champaign. TFO Walter and I proceeded to the La Bamba Restaurant located at 1905 Glen Park Drive, Champaign, Illinois. I spoke to an employee at the restaurant who told me that TEPEHUA was currently using the restroom at the restaurant. I waited at the restroom door until TEPEHUA exited. I identified myself as an Immigration Officer and TEPEHUA identified himself as Albino TEPEHUA. TEPEHUA was in possession of several Mexican documents bearing the name Albino TEPEHUA-Xique with a date of birth of March 1, 1980 and place of birth Puebla,

Mexico. TEPEHUA matched the description and photograph contained in alien registration file A77 651 821. At approximately 1145 hours, TFO Walter and I placed TEPEHUA under arrest and transported him to the Springfield ICE office for further questioning.

10. After arriving at the Springfield ICE office, I explained the Miranda rights in the Spanish language to TEPEHUA and advised him of his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs. TEPEHUA stated that he understood these rights and declined to answer any questions. Senior Special Agent Tom Merchant of the Springfield ICE office fingerprinted TEPEHUA. These fingerprint impressions were sent to the FBI, Special Processing Center (SPC) via facsimile. The FBI SPC confirmed that the fingerprint impressions submitted were identical with Albino TEPEHUA-Xique, FBI number 258159NB5.

11. Albino TEPEHUA-Xique is in the United States in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(2). This violation occurred in Champaign County, Illinois within the Central District of Illinois.

12. Further Your Affiant Sayeth Not.

s/William A. Hutton
William A. Hutton, Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 29th day of July 2005

s/David G. Bernthal
DAVID G. BERNTHAL
United States Magistrate Judge

3