# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

E-FILED

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ VS. _____ FOR _____ AT _____

FILED JUL 2 9 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PERSON REPRESENTED (Show your full name): **Albino Tepehua Xique**

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: **05-7226**
District Court: _____
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: **Ramiro Aguas (La Bamba) Champaign**
- IF YES, how much do you earn per month? $ **1,300**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: _____  SOURCES: _____
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ **729**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **3**
- List persons you actually support and your relationship to them:
  - **Mariana Ramirez**
  - **Domingo Tepehua**
  - **Mario Tepehua**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| House Rent | | $ | $ 650 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **7/29/05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/Albino Tepehua