UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED

AUG - 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | No. CR 05-200 32 |
| ) | |
| ALBINO TEPEHUA-XIQUE,   ) | Title 8, United States Code, |
| ) | Sections 1326(a) & (b)(2). |
| Defendant.   ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 28, 2005, in Champaign County, in the Central District of Illinois,

**ALBINO TEPEHUA-XIQUE,**

defendant herein, an alien who previously had been deported from the United States on or about May 12, 2000, at or near Laredo, Texas, subsequent to a conviction for commission of an aggravated felony, to-wit aggravated criminal sexual abuse of a person under 13 years of age in Case No. 99-CF-1363, in the Circuit Court for the Sixth Judicial Circuit, Champaign County, Illinois, was found in the United States without

having obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to return.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

s/Greg Harris
_____
JAN PAUL MILLER
United States Attorney

DHH