E-FILED
Monday, 15 August, 2005 03:33:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **05-20032-01** <br> ) |
| **ALBINO TEPEHUA-XIQUE** <br> Defendant | ) <br> ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 A.M.** on **SEPTEMBER 28, 2005,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **8:30 A.M.** on **OCTOBER 11, 2005,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 15th day of August, 2005.

s/ David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

05-20032schedulingorder.wpd