AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBINO TEPEHUA-XIQUE

**WARRANT FOR ARREST**

CASE NUMBER: 05-M- 7226

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Albino Tepehua-Xique_
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Illegal Re-entry of a Deported Alien

in violation of Title __8__ United States Code, Section(s) _1326(a) and 1326(b)(2)_

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

07-29-2005    Urbana, Illinois
Date and Location

Bail fixed at $ _NONE_    by _David G. Bernthal_
                              Name of Judicial Officer

US MARSHALS SERVICE CENTRAL ILLINOIS
RECEIVED 2005 AUG -2 P 4:28

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Champaign, IL_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-28-05 | Bill Hutton – ICE Agent | JCarroll |
| DATE OF ARREST 7-28-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.