E-FILED
Friday, 23 December, 2005  10:17:37 AM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL  DIVISION | TEL: 217-373-5830<br>FAX: 217-373-5834 |

**UNITED STATES OF AMERICA**       )
                                                                    )
                                                                    )       CASE NO.   05-20032-001
                     **vs.**                                   )
                                                                    )
**ALBINO TEPEHUA-XIQUE**           )

## NOTICE OF APPEAL

   NOTICE is hereby given that ALBINO TEPEHUA-XIQUE appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on December 23, 2005 in the above case.

                              PREPARED BY:
                              JOHN M. WATERS, CLERK
                              U. S. DISTRICT COURT

**DATE ENTERED:**     12/23/05