E-FILED
Friday, 23 December, 2005  10:24:10 AM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                    Docket No.: 05-20032-001

Division: Urbana

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

USA                                   v.    ALBINO TEPEHUA-XIQUE

-------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: David Hoff                              Name: Tiffani Johnson

Firm: U.S. Attorney's Office                   Firm: Federal Public Defender's Office

Address: 201 S. Vine Street                    Address: 300 W. Main Street

Urbana, IL  61802                             Urbana, IL 61801

Phone: (217) 373-5875                         Phone: (217) 373-0666

-------------------------------------------------------------------------------------

Judge: Michael P. McCuskey                    Nature of Suit Code:   Criminal

Court Reporter: Lisa Cosimini                  Date Filed in District Court:  8/04/05

Date of Judgment: 12/23/05

Date of Notice of Appeal: 12/23/05

Counsel:   __X__  Appointed        _____  Retained             ___Pro Se

Fee Status:  ___Paid  _____ Due        ___IFP          ___IFP Pending        ___U.S.        _X_Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _14326-026____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**