UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    05-4732                  Docketed on: 12/23/05
Short Caption:          USA v. Tepehua-Xique, Albin
District Court Judge:   Michael P. McCuskey
District Court No.:     05 CR 20032
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)

FILED  
DEC 27 2005  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS