# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

**DISMISSAL PER FRAP 42(b)**

Date: February 9, 2006

By the Court:

No. 05-4732

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

v.

ALBINO TEPEHUA-XIQUE,
        Defendant - Appellant

**FILED**

FEB 13 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Appeal from the United States District Court for the
Central District of Illinois
No. 05 CR 20032, Michael P. McCuskey, Chief Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 2/8/06,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

True Copy:
Teste:

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   February 9, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL  61802-3369

FROM:   Gino J. Agnello, Clerk

RE:     05-4732
        USA v. Tepehua-Xique, Albin
        05 CR 20032, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[x]     United States Marshal

[x]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:    2/13/06                          s/ K. Marsh, Deputy Clerk
(1202-052495)                             Deputy Clerk, U.S. District Court

*FILED FEB 13 2006 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, IL*